EDMUND G. BROWN JR.
Attorney General of the State of California
JACOB A. APPELSMITH
Senior Assistant Attorney General
ELIZABETH HONG
Supervising Deputy Attorney General
ERNESTO J. FONG, State Bar No. 192899
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 897-7936
  Fax: (213) 897-1071
  Email: Ernesto.Fong@doj.ca.gov

Attorneys for Defendant California Highway Patrol, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELANIE GRACE SINGER,** | 1:07-CV-00193-OWW-SMS |
| Plaintiff, | **ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |
| v. | |
| **CALIFORNIA HIGHWAY PATROL, ET AL.,** | The Honorable Oliver W. Wanger |
| Defendants. | |

    Pursuant to the Stipulation to Continue Mandatory Scheduling Conference entered into by the parties, the Court hereby continues the Mandatory Scheduling Conference from June 6, 2007 to July 11, 2007 at 8:45 a.m. in Courtroom 3.

    IT IS SO ORDERED.

**Dated:   May 8, 2007**                 **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE