1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | JACOB A. APPELSMITH
Senior Assistant Attorney General
3 | ELIZABETH HONG
Supervising Deputy Attorney General
4 | ERNESTO J. FONG, State Bar No. 192899
Deputy Attorney General
5 | MICHELLE LOGAN-STERN, State Bar No. 181039
Deputy Attorney General
6 | 300 South Spring Street, Suite 1702
Los Angeles, CA 90013
7 | Telephone: (213) 897-7936
Fax: (213) 897-1071
8 | Email: Ernesto.Fong@doj.ca.gov

9 | Attorneys for Defendant California Highway Patrol, et al.
10 |

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE EASTERN DISTRICT OF CALIFORNIA

13 |

14 |

**MELANIE GRACE SINGER,** | 1:07-CV-00193-OWW-SMS

Plaintiff, | **ORDER CONTINUING EXPERT WITNESSES DISCLOSURE FROM MARCH 17, 2008 TO APRIL 30, 2008**

v. |

**CALIFORNIA HIGHWAY PATROL, ET AL.,** | The Honorable Oliver W. Wanger

Defendants. |

        Pursuant to the Stipulation to Continue Expert Witnesses Disclosures entered into by the parties, the Court hereby continues the Expert Witnesses Disclosures from March 17, 2008 to April 30, 2008.

        IT IS SO ORDERED

Dated: March 17, 2008          /s/ OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE