EDMUND G. BROWN JR.
Attorney General of the State of California
ELIZABETH HONG
Supervising Deputy Attorney General
JERALD MOSLEY, State Bar No. 106072
Deputy Attorney General
ERNESTO J. FONG, State Bar No. 192899
Deputy Attorney General
   300 South Spring Street, Suite 1702
   Los Angeles, CA  90013
   Telephone: (213) 897-7936
   Fax: (213) 897-1071
   Email: Ernesto.Fong@doj.gov

Attorneys for Defendant California Highway Patrol, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELANIE GRACE SINGER,**<br><br>                              Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL, JEFF BAIRD, MARK McCORMACK, DANA LEACH, AND DOES 1 THROUGH 30**<br><br>                            Defendants. | 1:07-CV-00193-OWW-SMS<br><br>**ORDER TO CONTINUE TRIAL AND ALL PRE-TRIAL DATES**<br><br><br>Courtroom:  No. 3, 7th Floor<br>Judge: The Honorable Oliver W. Wanger |

**ORDER**

Having read and considered the Stipulation to Continue Trial and All Pre-Trial Dates, the Declarations of Ernesto J. Fong and Daniel S. Kodam in support thereof, the pleadings and records on file herein,

1     IT IS ORDERED THAT the Stipulation to Continue Trial and All Pre-Trial Dates is
2 approved. The trial date of October 7, 2008 is vacated. Trial is now set for June 9, 2008 . All
3 Pre-Trial Dates are changed accordingly as follows:
4 Expert Witnesses Disclosure due:    October 31, 2008
5 Discovery Cut-off:    January 19, 2009
6 Non Dispositive Motion filing due:    February 2, 2009
7 Dispositive Motion filing due:    February 17, 2009
8 Settlement Conference:    February 10, 2009
9 Pretrial Conference:    April 27, 2009

11     IT IS SO ORDERED

13     Dated: April 24, 2008    /s/ OLIVER W. WANGER
14     UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE TRIAL AND ALL PRE-TRIAL DATES**
2