1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  ELIZABETH HONG
   Supervising Deputy Attorney General
3  JERALD MOSLEY, State Bar No. 106072
   Deputy Attorney General
4  ERNESTO J. FONG, State Bar No. 192899
   Deputy Attorney General
5     300 South Spring Street, Suite 1702
      Los Angeles, CA  90013
6     Telephone: (213) 897-7936
      Fax: (213) 897-1071
7     Email: Ernesto.Fong@doj.gov

8  Attorneys for Defendant California Highway Patrol, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELANIE GRACE SINGER,** | 1:07-CV-00193-OWW-SMS |
| Plaintiff, | **ORDER TO CONTINUE TRIAL AND ALL PRE-TRIAL DATES** |
| v. | |
| **CALIFORNIA HIGHWAY PATROL, JEFF BAIRD, MARK McCORMACK, DANA LEACH, AND DOES 1 THROUGH 30** | Courtroom: No. 3, 7th Floor<br>Judge: The Honorable Oliver W. Wanger |
| Defendants. | |

**ORDER**

Having read and considered the Stipulation to Continue Trial and All Pre-Trial Dates, the Declarations of Ernesto J. Fong, Daniel S. Kodam, and Dr. Mark S. Lipian in support thereof, the pleadings and records on file herein,

1    IT IS ORDERED THAT the Stipulation to Continue Trial and All Pre-Trial Dates is
2 approved.  The trial date of June 9, 2009 is vacated.  Trial is now set for <u>October 14, 2009.</u> All
3 Pre-Trial Dates are changed accordingly as follows:
4    Expert Witnesses Disclosure:  Due on **January 30, 2009**
5    Discovery Cut-Off:  **April 20, 2009**
6    Non-Dispositive Motion Filing Deadline:  **May 8, 2009**
7    Dispositive Motion Filing Deadline:  **May 22, 2009**
8    Settlement Conference Date:  **May 12, 2009**
9    Pre-Trial Conference Date:  **July 27, 2009**
10   Trial Date:  **October 14, 2009**

12   IT IS SO ORDERED.
13   **Dated:   September 23, 2008**         /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE