EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ELIZABETH HONG, State Bar No. 66224
Supervising Deputy Attorney General
ERNESTO J. FONG, State Bar No. 192899
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-7936
 Fax:  (213) 897-1071
 E-mail:  Ernesto.Fong@doj.ca.gov
*Attorneys for Defendant*
*California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELANIE GRACE SINGER,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HIGHWAY PATROL, JEFF BAIRD, MARK McCORMACK, DANA LEACH, AND DOES 1 THROUGH 30,**<br><br>Defendant. | 1:07-CV-00193-OWW-SMS<br><br>**ORDER TO CONTINUE TRIAL AND PRE-TRIAL DATES**<br><br>Courtroom: 3, 7th Floor<br>Judge      Hon. Oliver W. Wanger<br><br>**NOTE:  Trial date change** |

# ORDER

Having read and considered the Stipulation to Continue Trial and All Pre-Trial Dates, the Declarations of Ernesto J. Fong and Daniel S. Kodam in support thereof, the pleadings and records on file herein,

*///*

*///*

*//*

1

Order to Continue Trial  (1:07-CV-00193-OWW-SMS)

PDF created with pdfFactory trial version www.pdffactory.com

IT IS ORDERED THAT the Stipulation to Continue Trial and All Pre-Trial Dates is approved. The trial date of October 14, 2009 is vacated. Trial is now set for <u>December 8, 2009</u>. All Pre-Trial Dates are changed accordingly as follows:

    A.    Expert Witnesses Disclosure: **May 31, 2009**

    B.    Discovery Cut-Off: **June 22, 2009**

    C.    Non-Dispositive Motion Filing Deadline: **July 10, 2009**

    D.    Dispositive Motion Filing Deadline: **July 24, 2009**

    E.    Settlement Conference Date: **July 14, 2009**

    F.    Pre-Trial Conference Date: **September 28, 2009**

    G.    Trial Date: **December 8, 2009**

    F.    No further Continuances will be granted.

IT IS SO ORDERED

Dated: 3/31/2009                        /s/ OLIVER W. WANGER
                                           UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com