1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  ELIZABETH HONG
   Supervising Deputy Attorney General
3  JERALD MOSLEY, State Bar No. 106072
   Deputy Attorney General
4  ERNESTO J. FONG, State Bar No. 192899
   Deputy Attorney General
5  300 South Spring Street, Suite 1702
   Los Angeles, CA  90013
6  Telephone: (213) 897-7936
   Fax: (213) 897-1071
7  Email: Ernesto.Fong@doj.gov

8  *Attorneys for Defendant California Highway Patrol, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELANIE GRACE SINGER,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL, JEFF BAIRD, MARK McCORMACK, DANA LEACH, AND DOES 1 THROUGH 30**<br><br>Defendants. | 1:07-CV-00193-OWW-SMS<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br><br>Courtroom: No. 3, 7th Floor<br>Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by the Parties, through their undersigned counsel, that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

DATED: May 26, 2009

                      KODAM & ASSOCIATES, PC

                      By:   /s/ Daniel S. Kodam
                          DANIEL S. KODAM
                          Attorneys for Plaintiff

DATED: May 26, 2009

                      EDMUND G. BROWN JR.,
                      Attorney General of the State of California
                      ELIZABETH HONG,
                      Supervising Deputy Attorney General

                      By:   /s/ Ernesto J. Fong
                          ERNESTO J. FONG
                          Deputy Attorney General
                          Attorneys for Defendants

## ORDER

Based on the Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

DATED: 9/1/2009

                                                /s/ OLIVER W. WANGER  
                                                Oliver W. Wanger  
                                                United States District Judge

**STIPULATION TO DISMISS AND ORDER**
4